**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-27870 |
| Richard Siggins | § | Chapter 7 |
| Therese Siggins | § | |
| Debtor(s) | § | |

\

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 7/17/2015
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 6/17/2015        By: _/s/ Joji Takada_
                                    Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Richard Siggins § Case No. 13-27870
Therese Siggins §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 47,500.00 |
| and approved disbursements of | $ | 507.01 |
| leaving a balance on hand of[1] | $ | 46,992.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,500.00 | $ 0.00 | $ 5,500.00 |
| Trustee Expenses: Joji Takada | $ 12.83 | $ 0.00 | $ 12.83 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,512.83 |
| Remaining Balance | | $ | 41,480.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 191,347.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Regions Bank | $ 38,387.08 | $ 0.00 | $ 8,321.53 |
| 2 | Regions Bank | $ 48,436.56 | $ 0.00 | $ 10,500.05 |
| 3 | N. A. Capital One Bank (Usa) | $ 2,829.99 | $ 0.00 | $ 613.48 |
| 4 | N. A. Capital One | $ 1,565.64 | $ 0.00 | $ 339.40 |
| 5 | Ecast Settlement Corporation, Assignee | $ 12,422.42 | $ 0.00 | $ 2,692.93 |
| 6 | Fsb American Express Bank | $ 9,055.68 | $ 0.00 | $ 1,963.09 |
| 7 | Ginsberg Jacobs Llc | $ 53,785.09 | $ 0.00 | $ 11,659.51 |
| 8 | L. L. C. Inland Hickory Creek | $ 24,864.77 | $ 0.00 | $ 5,390.17 |
| | Total to be paid to timely general unsecured creditors | | $ | 41,480.16 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard Siggins  
Therese Siggins  
    Debtors

Case No. 13-27870-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mhenley     Page 1 of 2     Date Rcvd: Jun 18, 2015  
                 Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2015.

```
db/jdb        +Richard Siggins,    Therese Siggins,    22839 Sun River Point,    Frankfort, IL 60423-7837
20712701      +American Express,    c/o Zwicker & Associates PC,    7366 N Lincoln Ave Ste 102,
                Lincolnwood, IL 60712-1738
21126419       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20712702     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
20712703      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
20938653       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
21021449       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20712704      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
20712705      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
20712707      +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
20712708      +Comar Properties,    c/o Steven Titiner,    1700 N Farnsworth Ave,    Aurora, IL 60505-1523
20712709      +Ginsberg Jacobs LLC,    300 S. Wacker Drive,    Ste 2750,    Chicago, IL 60606-6782
20712710      +Illinois Department of Human Servic,    PO Box 19407,    Springfield, IL 62794-9407
21229200      +Inland Hickory Creek, L.L.C.,    Swanson, Martin & Bell LLP,    Attn: Joseph P Kincaid,
                330 N Wabash Ste 3300,    Chicago IL 60611-3764
20712713      +Louis Joliet Mall,    c/o Pircher, Nichols & Meeks,    900 N. Michigan Ave Ste 1050,
                Chicago, IL 60611-6521
20712717      +Star West Louis Joliet, LLC,    591 WEST PUTNAM AVENUE,    Greenwich, CT 06830-6005
20712718      +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
20712720     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
21077124       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20712711      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 19 2015 00:55:16     Kohl's,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
20712714      +E-mail/Text: mrivera@murphylomon.com Jun 19 2015 00:55:54      Murphy Lomon & Associates,
                2860 S River Road,    Ste 200,    Des Plaines, IL 60018-6007
20924069       E-mail/Text: newbk@Regions.com Jun 19 2015 00:56:19      REGIONS BANK,    P O BOX 10063,
                BIRMINGHAM, AL  35202-0063
20712716      +E-mail/Text: newbk@Regions.com Jun 19 2015 00:56:19      Regions,    PO Box 11007,
                Birmingham, AL 35202-1007
20712715      +E-mail/Text: newbk@Regions.com Jun 19 2015 00:56:19      Regions,    PO Box 11007,
                Birmingham, AL 35288-0001
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20712712       Lasalle Bank
20712706*     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
20712719*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790179,    Saint Louis, MO 63179)
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: mhenley              Page 2 of 2            Date Rcvd: Jun 18, 2015
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2015 at the address(es) listed below:

```
              Joji   Takada    on behalf of Trustee Joji   Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    trustee@takadallc.com,    jtakada@ecf.epiqsystems.com
              Kathryn A Klein    on behalf of Creditor    Regions Bank iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy E Bell    on behalf of Debtor Richard   Siggins tbell@mlawgroup.net
              Timothy E Bell    on behalf of Joint Debtor Therese   Siggins tbell@mlawgroup.net
                                                                                    TOTAL: 6
```