UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Richard Siggins | § | Case No. 13-27870 |
| Therese Siggins | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee      , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 38,500.00                    Assets Exempt: 46,535.49
*(Without deducting any secured claims)*


Total Distributions to Claimants: 41,480.16    Claims Discharged
                                               Without Payment: 670,130.35


Total Expenses of Administration: 6,019.84

---

3) Total gross receipts of $ 47,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 47,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 389,844.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,019.84 | 6,019.84 | 6,019.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 219,134.28 | 191,347.23 | 191,347.23 | 41,480.16 |
| **TOTAL DISBURSEMENTS** | $ 608,978.87 | $ 197,367.07 | $ 197,367.07 | $ 47,500.00 |

    4) This case was originally filed under chapter 7 on 07/11/2013 . The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 10/05/2015              By:/s/Joji Takada, Chapter 7 Trustee
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence: 22839 Sun River Point Frankfort, Il 60423 | 1110-000 | 47,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$47,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 24696 Columbus, OH 43224 | | 266,723.00 | NA | NA | 0.00 |
| | Regions PO Box 11007 Birmingham, AL 35228 | | 62,833.00 | NA | NA | 0.00 |
| | Regions PO Box 11007 Birmingham, AL 35288 | | 52,715.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 790179 Saint Louis, MO 63179 | | 7,573.59 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 389,844.59** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 5,500.00 | 5,500.00 | 5,500.00 |
| Joji Takada | 2200-000 | NA | 12.83 | 12.83 | 12.83 |
| Arthur B Levine Company | 2300-000 | NA | 51.75 | 51.75 | 51.75 |
| Associated Bank | 2600-000 | NA | 144.64 | 144.64 | 144.64 |
| The Bank of New York Mellon | 2600-000 | NA | 310.62 | 310.62 | 310.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,019.84** | **$ 6,019.84** | **$ 6,019.84** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Zwicker & Associates PC 7366 N Lincoln Ave Ste 102 Lincolnwood, IL 60712 | | 2,288.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 1,305.00 | NA | NA | 0.00 |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | 2,530.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 10,408.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 7,886.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 6241 Sioux Falls, SD 57117 | | 7,022.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comar Properties c/o Steven Titiner 1700 N Farnsworth Ave Aurora, IL 60505 | | 1,610.58 | NA | NA | 0.00 |
| | Ginsberg Jacobs LLC 300 S. Wacker Drive Ste 2750 Chicago, IL 60606 | | 53,785.09 | NA | NA | 0.00 |
| | Illinois Department of Human Servic PO Box 19407 Springfield, IL 62794 | | 6,971.00 | NA | NA | 0.00 |
| | Kohl's P.O. Box 3043 Milwaukee, WI 53201 | | 1,000.00 | NA | NA | 0.00 |
| | Lasalle Bank | | 3,039.00 | NA | NA | 0.00 |
| | Louis Joliet Mall c/o Pircher, Nichols & Meeks 900 N. Michigan Ave Ste 1050 Chicago, IL 60611 | | 7,171.52 | NA | NA | 0.00 |
| | Murphy Lomon & Associates 2860 S River Road Ste 200 Des Plaines, IL 60018 | | 2,610.00 | NA | NA | 0.00 |
| | Star West Louis Joliet, LLC 591 WEST PUTNAM AVENUE Greenwich, CT 06830 | | 20,992.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank PO Box 673 Minneapolis, MN 55440 | | 800.00 | NA | NA | 0.00 |
| | US Bank PO Box 5227 Cincinnati, OH 45201 | | 1,000.00 | NA | NA | 0.00 |
| 8 | Inland Hickory Creek L. L. C. | 7100-000 | 20,992.50 | 24,864.77 | 24,864.77 | 5,390.17 |
| 3 | Capital One Bank (Usa) N. A. | 7100-000 | 2,530.00 | 2,829.99 | 2,829.99 | 613.48 |
| 4 | Capital One N. A. | 7100-000 | 1,000.00 | 1,565.64 | 1,565.64 | 339.40 |
| 5 | Ecast Settlement Corporation, Assignee | 7100-000 | 10,408.00 | 12,422.42 | 12,422.42 | 2,692.93 |
| 6 | Fsb American Express Bank | 7100-000 | NA | 9,055.68 | 9,055.68 | 1,963.09 |
| 7 | Ginsberg Jacobs Llc | 7100-000 | 53,785.09 | 53,785.09 | 53,785.09 | 11,659.51 |
| 1 | Regions Bank | 7100-000 | NA | 38,387.08 | 38,387.08 | 8,321.53 |
| 2 | Regions Bank | 7100-000 | NA | 48,436.56 | 48,436.56 | 10,500.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 219,134.28 | $ 191,347.23 | $ 191,347.23 | $ 41,480.16 |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 13-27870 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Richard Siggins | | | | Date Filed (f) or Converted (c): | 07/11/2013 (f) |
| | Therese Siggins | | | | 341(a) Meeting Date: | 08/06/2013 |
| For Period Ending: | 10/05/2015 | | | | Claims Bar Date: | 11/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 22839 Sun River Point Frankfort, Il 60423 | 294,378.00 | 0.00 | | 47,500.00 | FA |
| 2. Vacant Lot Of Land 8918 Elm Lane Athens, Tn 37303 Debtors Wi | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. Vacant Lot Of Land 8919 Elm Lane Athens, Tn 37303 Debtors Wi | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. Bank Of America Checking Account | 197.50 | 0.00 | | 0.00 | FA |
| 6. Chase Checking Account | 1,250.00 | 0.00 | | 0.00 | FA |
| 7. Chase Money Market Savings Account | 9.99 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Household Goods And Furnishing | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Clothing, Shoes, And Accessories | 800.00 | 0.00 | | 0.00 | FA |
| 10. Gold Wedding Bands | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Pension Plan Through Employer Lenox Dental | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) With Wireless Vision | 500.00 | 0.00 | | 0.00 | FA |
| 13. Tax Refund | 1,428.00 | 0.00 | | 0.00 | FA |
| 14. 2001 Chevrolet Monte Carlo W/ 150,000 Miles | 4,250.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Chevrolet Traverse W/ 60,000 Miles | 8,500.00 | 926.41 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $349,413.49 | $926.41 | | $47,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Debtor disclosed interest in real property (primary residence); Trustee researched value of home; Trustee's value significantly higher than value disclosed in Schedules; Trustee hired broker to market and sell the property; Debtor disputed value of home; Trustee and Debtor agree in principal to Debtor buying out estate's interest in the real estate.

Exhibit 8

Motion to Approve Compromise approved; Debtor to make three installment payments of $6875 quarterly starting March 30, 2014; All outstanding amounts due December 31, 2014 - Joji Takada 4/9/2014

Debtor making installment payments pursuant to compromise. - Joji Takada 7/30/2014

Debtor making installment payments pursuant to compromise. - Joji Takada 11/30/2014

Debtor has made all payments relating to compromise; Trustee contact creditor re secured claim filed in case and amending claim to cover deficiency. - Joji Takada 2/9/2015

Trustee confirming with accountant whether a tax return is necessary. - Joji Takada 3/17/2015

Initial Projected Date of Final Report (TFR): 07/11/2014     Current Projected Date of Final Report (TFR): 07/11/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27870 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Richard Siggins | Bank Name: | Associated Bank |
| | Therese Siggins | Account Number/CD#: | XXXXXX9884 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0698 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8117 | Transfer of Funds | 9999-000 | $47,189.38 | | $47,189.38 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.31 | $47,178.07 |
| 03/02/15 | 1001 | Arthur B Levine Company<br>4501 Cartwright Road, Suite 402<br>Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $51.75 | $47,126.32 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.34 | $47,062.98 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.99 | $46,992.99 |
| 07/21/15 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $5,500.00 | $41,492.99 |
| 07/21/15 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $12.83 | $41,480.16 |
| 07/21/15 | 1004 | Regions Bank<br>P O Box 11407 Drawer 550<br>Birmingham, AL 35246-0550 | Final distribution per court order. | 7100-000 | | $8,321.53 | $33,158.63 |
| 07/21/15 | 1005 | Regions Bank<br>P O Box 11407 Drawer 550<br>Birmingham, AL 35246-0550 | Final distribution per court order. | 7100-000 | | $10,500.05 | $22,658.58 |
| 07/21/15 | 1006 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $613.48 | $22,045.10 |
| 07/21/15 | 1007 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $339.40 | $21,705.70 |

Page Subtotals: $47,189.38   $25,483.68

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-27870 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Richard Siggins | Bank Name: | Associated Bank |
| | Therese Siggins | Account Number/CD#: | XXXXXX9884 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0698 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/15 | 1008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $2,692.93 | $19,012.77 |
| 07/21/15 | 1009 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,963.09 | $17,049.68 |
| 07/21/15 | 1010 | Ginsberg Jacobs Llc 300 S. Wacker Drive Ste 2750 Chicago, Il 60606 | Final distribution per court order. | 7100-000 | | $11,659.51 | $5,390.17 |
| 07/21/15 | 1011 | Inland Hickory Creek L. L. C. Inland Hickory Creek, L.L.C. 2901 Butterfield Road Oak Brook, IL 60523 Attn: Beth Brooks | Final distribution per court order. | 7100-000 | | $5,390.17 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $47,189.38 | $47,189.38 |
| Less: Bank Transfers/CD's | $47,189.38 | $0.00 |
| Subtotal | $0.00 | $47,189.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $47,189.38 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $21,705.70 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

Case 13-27870  Doc 49  Filed 10/23/15  Entered 10/23/15 14:30:48  Desc Main
Document      Page 12 of 14
Page: 3

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-27870  
Case Name: Richard Siggins  
Therese Siggins  
Taxpayer ID No: XX-XXX0698  
For Period Ending: 10/05/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8117  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/14 | 1 | Richard Siggins | Settlement payment | 1110-000 | $10,000.00 | | $10,000.00 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $9,989.45 |
| 04/09/14 | 1 | Therese Siggins | Installment Payment Quarterly payment per Compromise re primary residence | 1110-000 | $6,875.00 | | $16,864.45 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.96 | $16,843.49 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.04 | $16,818.45 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.20 | $16,794.25 |
| 07/18/14 | 1 | Therese Siggins | Settlement payment Installment payment re compromise of real estate | 1110-000 | $6,875.00 | | $23,669.25 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.27 | $23,640.98 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.15 | $23,605.83 |
| 10/02/14 | 1 | Therese Siggins | Settlement payment Installment payment for compromise re: primary residence | 1110-000 | $6,875.00 | | $30,480.83 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.97 | $30,446.86 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.61 | $30,403.25 |

Page Subtotals:  $30,625.00  $221.75

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-27870 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Richard Siggins | Bank Name: The Bank of New York Mellon |
| Therese Siggins | Account Number/CD#: XXXXXX8117 |
| | Checking |
| Taxpayer ID No: XX-XXX0698 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.74 | $30,359.51 |
| 01/05/15 | 1 | Therese Siggins | Settlement payment Installment payment per compromise re primary residence | 1110-000 | $16,875.00 | | $47,234.51 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.13 | $47,189.38 |
| 01/26/15 | | Transfer to Acct # xxxxxx9884 | Transfer of Funds | 9999-000 | | $47,189.38 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $47,500.00 | $47,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $47,189.38 |
| Subtotal | $47,500.00 | $310.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $47,500.00 | $310.62 |

| | | |
|---|---|---|
| Page Subtotals: | $16,875.00 | $47,278.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8117 - Checking | $47,500.00 | $310.62 | $0.00 |
| XXXXXX9884 - Checking | $0.00 | $47,189.38 | $0.00 |
|  | $47,500.00 | $47,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $47,500.00 |
| Total Gross Receipts: | $47,500.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*